IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAY F. CASTEEL, an individual; | |
|---|---|
| Plaintiff, | **4:16CV3166** |
| vs. | |
| CITY OF CRETE, | **ORDER** |
| Defendant. | |

During the conference call held today, counsel requested additional time to prepare and file their cross-motions for summary judgment. A pretrial conference is scheduled in this case for March 12, 2019, and the jury trial is scheduled for March 25, 2019.

Accordingly,

IT IS ORDERED:

1) The summary judgment deadline is extended to January 11, 2019.

2) The pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

December 4, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge