IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAY F. CASTEEL, an individual;

                    Plaintiff,                                    **4:16CV3166**

            vs.

CITY OF CRETE,                                              **ORDER**

                    Defendant.

        As requested in the parties' motion, (Filing No. 75), which is hereby granted,


        IT IS ORDERED:

        1)      The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **October 21, 2019**, or as soon thereafter as the case may be called, for a duration of four (4) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.    Jury selection will be held at the commencement of trial.

        2)      The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 2, 2019** at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing.  A separate order will be filed with the instructions and codes for participating in the pretrial conference.   The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 30, 2019.

        August 5, 2019.                          BY THE COURT:


                                                 *s/ Cheryl R. Zwart*
                                                 United States Magistrate Judge